IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-06025-08-CR-SJ-NKL |
| | ) | |
| MAGGIE JEAN SELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah W. Hays, to which no objection has been filed, the plea of guilty to Count 1 of the Indictment is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

   s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: August 14, 2008